**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **DAVID FIELDS, and** | |
| **PASSION GREER,** | |
| | |
| **Plaintiffs,** | **Case No. 25-cv-01805-SPM** |
| | |
| **v.** | |
| | |
| **ST. CLAIR COUNTY ILLINOIS, *et al*.,** | |
| | |
| **Defendants.** | |

## <u>NOTICE OF IMPENDING DISMISSAL</u>

**MCGLYNN, District Judge:**

This matter is before the Court for case management purposes. Plaintiffs David Fields and Passion Greer initiated this suit on September 19, 2025, alleging violations of constitutional rights pursuant to 42 U.S.C. §1983. (Doc. 1). Upon filing, Plaintiffs were directed to submit the $405.00 filing fee or file a motion to proceed without prepayment of the filing fee ("IFP") by October 20, 2025. (Doc. 3). Plaintiffs were warned that failure to pay the filing fee or submit a motion to proceed IFP would result in dismissal of this case. The deadline has passed, and Plaintiffs have not met the filing fee requirement as directed by the Court.

The Court also notes issues with this case. First, there is no indication that Plaintiff Greer is aware that she is joined as a plaintiff in this federal lawsuit. The Complaint was signed and filed only by Plaintiff David Fields. Under Federal Rule of Civil Procedure 11(a): "[e]very pleading, written motion, and other paper must be signed…by a party personally if the party is unrepresented." Because Greer has not complied with Rule 11, she will be directed to submit a properly signed complaint. Second, this lawsuit appears to be identical to Case No. 25-cv-01806-SMY filed by Plaintiffs on the same day, September 19, 2025, against the same Defendants. Thus,

before moving forward with this case, the Court must determine whether Plaintiffs even intended to pursue both actions.

Therefore, on or before **November 25, 2025**:

- Plaintiffs are **ORDERED** to advise the Court in writing in this case (No. 25-cv-01805-SPM) whether they intended to pursue this action. If Plaintiffs timely advise the Court that this case is duplicative of Case No. 25-cv-01806-SMY, the Court will close this case without assessing a filing fee for this matter. If Plaintiffs instead decide to pursue this separate action, they remain obligated to prepay the full $406.00 filing fee or *each* file a motion for leave to proceed IFP.

- Plaintiff Passion Greer is **ORDERED** to file a signed complaint.

- Plaintiffs are **ORDERED** to pay the $405.00 filing fee for this lawsuit or to *each* file a Motion for Leave to Proceed IFP.

Failure to comply with this Order may result in dismissal of this action for want of prosecution and/or for failure to comply with a court order under Federal Rule of Civil Procedure 41(b) without further notice and with the assessment of the filing fee.

Plaintiffs are **ADVISED** that a pleading, motion, or document filed on behalf of multiple plaintiffs must be signed by **each** Plaintiff. A non-attorney cannot file or sign papers for another litigant, and as long as Plaintiffs appear without counsel in this action, each Plaintiff must sign documents for himself. *See Lewis v. Lenc-Smith Mfg. Co*., 784 F.2d 829, 831 (7th Cir. 1986); Fed. R. Civ. P. 11. Plaintiffs are **WARNED** that future group motions or pleadings that do not comply with this requirement shall be stricken pursuant to Rule 11(a).

Plaintiffs are further **ADVISED** of their continuing obligation to keep the Clerk and each opposing party informed of any change in their addresses. The Court will not independently investigate Plaintiffs' whereabouts. This shall be done in writing and not later than **14 days** after

Page 2 of 3

a transfer or other change in address occurs.

The Clerk of Court is **DIRECTED** to send a copy of the docket sheet to each Plaintiff.

**IT IS SO ORDERED.**

**DATED:   November 4, 2025**

    *s/Stephen P. McGlynn*
**STEPHEN P. MCGLYNN**
**United States District Judge**