**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

DAVID FIELDS,

        Plaintiff,

v.

ST. CLAIR COUNTY ILLINOIS, ST.
CLAIR SHERIFF'S DEPARTMENT,
POLICE DEPARTMENT BELLEVILLE,
IL, W. KEYES, GREG HOSP, ETHAN
HANRAHAN, SEAN SCHMIDT,
DARREN RUCKER, C. FRUEND,
UNKNOWN PARTY, and AARON
HACKLEMAN,

        Defendants.

Case No. 25-cv-01805-SPM

## MEMORANDUM AND ORDER

**MCGLYNN, District Judge:**

Pursuant to 28 U.S.C. §455, the undersigned judge hereby **RECUSES** himself from further proceedings in the above-captioned matter. The Clerk of Court has reassigned this case to United States District Judge David Dugan. All future documents shall be labeled: 25-cv-01805-DWD.

**IT IS SO ODERED.**

**DATED:** June 11, 2026

_____
**STEPHEN P. MCGLYNN**
**United States District Judge**